**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| ANTIETAM BATTLEFIELD KOA, et al | ) | |
| | ) | |
| v. | ) | Civil No. 1:20-cv-01130 |
| | ) | |
| LAWRENCE J. HOGAN, GOVERNOR, et al | ) | |

MOTION FOR TEMPORARY RESTRAINING ORDER

COME NOW THE PLAINTIFFS, by and through the undersigned counsel, and move this honorable Court pursuant to Federal Rule 65 for a Temporary Restraining Order granting the relief requested in the Complaint filed today in the above-styled case, and that the Court expedite a hearing for Preliminary Injunctive relief, and for further relief and says in support thereof:

1. The Plaintiffs' Complaint for Declaratory Relief, Temporary Restraining Order, Preliminary Injunction and Permanent Injunctive Relief, and for Damages was filed today in the above civil action.

2. Plaintiffs incorporate by reference each and every pleading therein in this motion for temporary restraining order.

3. The undersigned attorney Daniel Cox has provided, via electronic service "e-mail", the Complaint and exhibits and this motion to the Governor's Office of Legal Counsel at 4:36p.m. today.  The undersigned attorney has also requested reasonable responses from the Governor and his Chief Legal Counsel asking for specific relief of not being exposed to arrest under his Executive Orders as outlined in his affidavit, to no avail.

4.  Reopen Maryland, LLC leads state-wide protests of the Governor's Executive Orders and had members and/or participants reporting today they were harassed and given tickets while protesting the Governor's Orders by the Maryland State Police.

5.  Plaintiffs Antietam Battlefield KOA, Adventure Park USA, LLC, have and are suffering immediate harm to their businesses such that continued total interference with their right to commerce will result in the possibility of bankruptcy and closure.

6.  Plaintiff pastors are suffering immediate and permanent deprivation of liberty and harm in the Governor usurping their God ordained roles as pastor of their congregations, with the Governor deciding all aspects of when they may call a congregation, all in violation of the Constitution as pleaded in the Complaint.

7.  Plaintiff soldier SSG Anderson and Marine LCPL Repogle have and are suffering harm in being prevented necessary health care in physical therapy (Anderson), and both are experiencing the deprivation of their liberty and rights in being unlawfully ordered to go about in masks or face coverings, and unlawfully being forced to remain indoors under the Governor's stay-inside Order and Face Covering Order.

FOR THESE REASONS, THE PLAINTIFFS pray the Court grant a temporary restraining order as outlined and requested in the Complaint and order an expedited preliminary injunction pending trial.

Respectfully submitted,

/s/ Daniel L. Cox, Fed. Bar No28245
THE COX LAW CENTER, LLC
P.O. Box 545
Emmitsburg, MD 21727
Phone: 410-254-7000
Facsimile: 410-254-7220

E-mail: dcox@coxlawcenter.com
www.OldLineStateLawyers.com


John R. Garza, Fed. Bar No.01921
Garza Law Office, P.C.
Garza Building
17 S. Jefferson St.
Rockville, MD 20850
jgarza@garzanet.com

*Attorneys for Plaintiff*

Dated: May 2, 2020