Cross-state Reopen Maryland Rally draws more than 200 cars to FSK Mall for kickoff | Coronavirus | fredericknewspost.com    5/4/20, 12:52 PM

Case 1:20-cv-01130-CCB   Document 5-1   Filed 05/04/20   Page 1 of 5

https://www.fredericknewspost.com/news/continuing_coverage/coronavirus/cross-state-reopen-maryland-rally-c
a2dc-54cf-b4c0-69b3d0378358.html

# Cross-state Reopen Maryland Rally draws more than 200 cars to I

By Erika Riley eriley@newspost.com

May 2, 2020



Frederick County resident Maude Frenchschina gives the thumbs up to fellow drivers departing from the Open Maryland r was held in the Frances Scott Key Mall parking lot Saturday morning. More than 100 people gathered to listened to a num speakers before getting in nearly 250 vehicles and traveling to Salisbury for a second rally.

Staff photo by Bill Green

Cross-state Reopen Maryland Rally draws more than 200 cars to FSK Mall for kickoff | Coronavirus | fredericknewspost.com

5/4/20, 12:52 PM

Case 1:20-cv-01130-CCB   Document 5-1   Filed 05/04/20   Page 2 of 5

About 250 cars gathered in the parking lot of Francis Scott Key Mall on Saturday morning, preparing head out for the Cross State Reopen Maryland Rally.

The rally was a follow up to the first demonstration, which took place in Annapolis April 18. The gr of concerned citizens, Reopen Maryland, decided to go bigger this time around, by starting in Fred and driving all the way to Salisbury.

"Well, we would like to reopen all the state, and we think we can do it in a safe manner that protec the elderly and the vulnerable," said Paul Brockman, spokesperson for Reopen Maryland. "The vas majority of Marylanders are healthy, and there's no reason that they can't go to their businesses, t worship on Sunday."

Cars were decorated with window paint, with phrases such as "Herd Immunity Works," "Reopen Maryland," and "No New Normal!" While the rally was branded as an "in-vehicle demonstration" or Facebook event page, at least 100 people got out of their cars and gathered to hear spokespeople Reopen Maryland speak.

Most were not wearing masks. Many wore matching yellow T-shirts with "Reopen Maryland" emblazoned in red.

Rick Pelicano, of Frederick, came to the rally to express his frustration with how Gov. Larry Hogan handling the pandemic.

"We're tired of this lockdown that Lockdown Larry has imposed on us," he said.

Pelicano said Hogan warned Marylanders the state could look like New York City, considered to be epicenter of the pandemic, with over 18,000 deaths. But Pelicano doesn't see Frederick County, or Maryland, looking like that.

"Hospitals are not overwhelmed," he said.

According to the Maryland Department of Health, Maryland is currently using 1,700 beds for COVI

Cross-state Reopen Maryland Rally draws more than 200 cars to FSK Mall for kickoff | Coronavirus | fredericknewspost.com 5/4/20, 12:52 PM

Case 1:20-cv-01130-CCB   Document 5-1   Filed 05/04/20   Page 3 of 5

patients, 566 of which are Intensive Care Unit beds.

Pelicano's wife works at a hair salon, and his daughter owns a small business. Both have been out of income for over a month. When they attempted to file for unemployment via the new portal for self-employed people, they couldn't get through.

"We've reached the point of absurdity," he said.

Dennis Myers, also sporting a yellow Reopen Maryland shirt, said the current death toll is much lower than expected, and that any further stay-at-home orders are an infringement upon freedom.

"It's no longer about a virus, it's about control," Myers said.

Del. Dan Cox (R-Frederick and Carroll) was supposed to speak at the rally, but was not present.

When asked about his absence, Jim Wass, spokesperson for Reopen Maryland, said Cox had "other business in furtherance of our goals."

He also retorted accusations he has received about being "greedy." Wass said his main concern is the small businesses who have been forced to close. He wants to see them reopen and get back on their feet.

That sentiment was echoed by Brockman, who doesn't understand why businesses like Wal-Mart and Home Depot can stay open when small local businesses cannot.

"We're just tired of the government picking winners and losers when it comes down to which business is essential and which isn't," Brockman said. "To those small business owners, their business is their livelihood and is very essential."

Brockman admires Sweden's response to the coronavirus. The European country did not close schools or businesses, and instead is relying on "herd immunity" to get through the pandemic.

The Frederick News-Post

Newsletters

Get More. Stories you care about delivered to your inbox.

Cross-state Reopen Maryland Rally draws more than 200 cars to FSK Mall for kickoff | Coronavirus | fredericknewspost.com 5/4/20, 12:52 PM

Case 1:20-cv-01130-CCB   Document 5-1   Filed 05/04/20   Page 4 of 5

Sweden has seen over 2,500 coronavirus deaths, much more than neighboring countries Denmark Norway, who did lock down and have seen only 200 deaths each, according to CNN.

Attendee Maureen Morton, a retired nurse, said she isn't afraid of the virus.

"Viruses don't scare healthcare workers," she said. "Certainly not this one."

Reopen Maryland chairman Tim Walters spoke before the caravan headed out in front of a crowd gathered near him, carrying American flags and "Don't Tread On Me" flags. He spoke about the importance of reopening schools, and how his son, a senior, has been suffering from the shutdown

"Everything's been taken away from him out of fear," Walters said.

The protestors left the mall at about 10 a.m. They were expected to arrive at Salisbury at about 3

Maryland State Police Corporal Adam Merkelson said there was a police presence at the rally, but did not make themselves known. "Less is more," he said, stating that a clear police presence might raised tensions.

==Merkelson said just because nobody was arrested at the scene doesn't mean repercussions couldn come later. He said there is video of the event, and any repercussions would be based upon how m people were in the area, how close together they were and if they were wearing masks.==

=="I never say never just because if someone doesn't get charged on a scene doesn't mean a charge coming," Merkelson said. "Doesn't mean I won't get you later."==

Follow Erika Riley on Twitter: @ej_riley

# Sign up for a newsletter or two!

Cross-state Reopen Maryland Rally draws more than 200 cars to FSK Mall for kickoff | Coronavirus | fredericknewspost.com    5/4/20, 12:52 PM

Case 1:20-cv-01130-CCB   Document 5-1   Filed 05/04/20   Page 5 of 5

Every week, get updates on local news and events.

\*  delegatecox

On The Town - 72 Hours

Breaking News Alerts

Frederick Foodie

Health and Wellness

Family Fun

Sign Up



Home delivery subscriber? Link acc

Purchase a Subscription

Erika Riley