On May 2, 2020, at 4:36 PM, Daniel Cox <dcox@coxlawcenter.com> wrote:

Mike,

Attached, please find our Complaint filed this afternoon and request for TRO.  Exhibits will follow in a separate e-mail.

I am respectfully requesting the Governor grant our requests therein.

<Federal Complaint.1.pdf>
<Motion for TRO.pdf>

Daniel Cox

Frederick l Rockville l Baltimore l Annapolis

<PastedGraphic-1.tiff>

PRIVILEGED & CONFIDENTIAL - ATTORNEY WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGE NOTICE: Daniel L. Cox, Esq. hereby informs the recipient of this electronic mail communication ("e-mail") that the information herein is confidential and may be protected by the attorney's work product doctrine and/or the attorney/client privilege. It is intended solely for the addressee(s); access by or to anyone else is unauthorized. If this message has been sent to you in error, do not review, disseminate, distribute or copy it. Please reply to dcox@coxlawcenter.com that you have received the message in error, then delete it. Thank you for your cooperation.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including any attachments, was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.