**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

May 4, 2020

MEMORANDUM TO COUNSEL

    Re:    *Antietam Battlefield, et al. v. Lawrence J. Hogan, et al.*
              Civil No. CCB-20-1130

Dear Counsel:

    This will confirm the results of our conference call today.  The defendants will file their response to the plaintiffs' motion(s) by Friday, May 8, 2020.  A further conference call to set a date for a reply and an appropriate hearing has been scheduled for May 11, 2020, at 3:00 p.m.  The court appreciates counsels' cooperation in addressing the various substantive issues raised in this case.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                        Sincerely yours,

                                        /S/

                                        Catherine C. Blake
                                        United States District Judge