**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Antietam Battlefield KOA, et al.

    **Plaintiff,**

    **v.**

Lawrence J. Hogan, et al.

    **Defendant.**

\*
\*
\*
\*
\*

Case No. __1:20-cv-1130__

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the ____amicus curiae, Americans United for Separation of Church & State____

    I certify that I am admitted to practice in this Court.

May 8, 2020
_____
Date

/s/ Richard B. Katskee
_____
Signature

Richard B. Katskee, Bar No. 27636
_____
Printed name and bar number

1310 L St. NW, Ste. 200, Washington, DC 20005
_____
Address

katskee@au.org
_____
Email address

(202) 466-3234
_____
Telephone number

(202) 466-3353
_____
Fax number