# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTIETAM BATTLEFIELD KOA, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | No. 20-CV-01130-CCB |
| LAWRENCE J. HOGAN, JR., *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of the Defendants' Motion to Dismiss, any response and reply thereto, and all matters of record, it is this \_\_\_\_ day of May, 2020 hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the complaint is dismissed.

_____
Catherine C. Blake
United States District Judge