UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| CHAMBERS OF | U.S. COURTHOUSE |
| CATHERINE C. BLAKE | 101 WEST LOMBARD STREET |
| UNITED STATES DISTRICT JUDGE | BALTIMORE, MARYLAND 21201 |
| | (410) 962-3220 |
| | Fax (410) 962-6836 |

May 12, 2020

MEMORANDUM TO COUNSEL

Re:   *Antietam Battlefield KOA, et al. v. Lawrence J. Hogan, Jr. et al.*,
       Civil Action No. CCB-20-1130

Dear Counsel:

This will confirm the results of our telephone conference yesterday.

By Wednesday, May 13, 2020, the plaintiffs will file their reply in support of their motion for a temporary restraining order/preliminary injunction, and any opposition to Americans United's motion for leave to file an amicus brief and motion to participate in any oral argument. The plaintiffs will also file all affidavits that they wish to be considered in relation to the motion for a temporary restraining order/preliminary injunction by Wednesday, May 13.

The defendants will then have an opportunity to respond by Monday, May 18, 2020. After the motion for a temporary restraining order/preliminary injunction has been fully briefed, I will decide whether oral argument is needed.

The plaintiffs' opposition to the motion to dismiss is due no later than 14 days from the date the motion to dismiss was filed. The defendants' reply will then be due 10 days after the opposition is filed.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge