DECLARATION, UNDER PENALTY OF PERJURY OF KEVIN KAUFMAN

I, Kevin Kaufman, declare and affirm, under the penalty of perjury, as follows:

1. I am the Chief Operations Officer of Adventure Park.  I have worked at the Park since its inception, in 2004.

2.  My duties include oversight and management of the Park's daily operations.  I am responsible for inventory, payroll and customer satisfaction and employee (HR) matters.

3.  I have personal knowledge of the Park's business transactions, vendors, suppliers and those doing business with the park, either as suppliers and vendors, or as patrons, both individually and for groups and entities.

4.  Adventure Park has historically regularly conducted business with manufacturers, suppliers, other vendors  and customers and potential customers throughout the Mid-Atlantic region, including Maryland, D.C., West Virginia, Virginia and Pennsylvania and in other states.  Adventure Park regularly solicits amusement rides, parts and spare parts, rides and attractions and their accessories from suppliers and vendors all across the United States and overseas.  Those suppliers and vendors include businesses which operate and ship from states including Tennessee, Michigan, Indiana, Nebraska, Oklahoma, Iowa, Rhode Island, Massachusetts, California, Pennsylvania and Colorado.

5.  In addition to those suppliers and vendors, Adventure Park regularly offers products, services and sales (primarily individual and group admissions, event sales and parties) to individuals both inside and outside the state of Maryland.  For example, in 2019, for the period through June, 2019, Adventure Park sold more than $103,000 of admission passes, group events and parties to individuals and entities residing, or doing business, in West Virginia, Virginia and Pennsylvania.  For the same period in 2020, those sales are only approximately $12,000 and almost all of those sales were in the early part of 2020 prior to the shutdown.  The rest represent reservations for May and June which will have to be refunded as a result of the shut down order.

6.  Adventure Park regularly sells admission passes, parties and special events to individuals, groups and businesses both in Maryland and throughout the mid-Atlantic region through its website which reaches individuals, groups, organizations and businesses outside the State of Maryland.

7.  Adventure Park also buys prizes and redemption items for customers through online purchases from Amazon which are supplied from warehouses and distribution centers some of which are out of state.

8.  Because of the uncertainty of when Adventure Park can reopen and the inability to predict the conditions and limitations under which Adventure Park will be able to open, Adventure Park continues to lose dozens of advance admissions sales, parties and events, each week.  Because of the regional nature of Adventure Park's recreational appeal, as people find other alternatives to a visit to Adventure Park, and as the shut down persists, some of the lost

business may not be recoverable in the future.

9. Under Adventure Park's business model, advance sales are the "bread and butter" of the business and are responsible for a significant amount of the summer income which is necessary to provide the savings which allows Adventure Park to survive the winter months.

10. The electronic and paper business and financial records and documents related to Adventure Park are kept in electronic and physical file cabinets at the offices of Adventure Park in New Market, Maryland. Those records are kept under the supervision and control of the managers of Adventure Park including Erik Stottlemyer, Chief Executive Officer and me, Chief Operations Officer.

11. I am over the age of 21 years and am competent to testify to the above matters and facts.

12. The above matters and facts are personally known to me.

I declare and affirm, under the penalty of perjury that the foregoing matters and facts are true and correct.

    /s/ Kevin Kaufman
Kevin Kaufman (COO of Adventure Park USA, LLC)