DECLARATION OF GARY L. COX, PASTOR

I hereby declare and affirm, under penalty of perjury, the following:

1. I am over the age of 18.
2. I am the senior pastor of Wellspring Christian Fellowship, a Registered DBA trade name of the Walkersville Christian Fellowship, Inc. a Maryland corporation, operating therein at 16837 Sabillasville Road, Sabillasville, Maryland 21780.
3. I have been an ordained minister of the gospel since 1977.
4. I am am also the superintendent of Wellspring Christian Family Schools, a bonafide Church operated school registered with the Maryland State Board Of Education located in FREDERICK County, at the same address.
5. Through the church and school, I minister to individuals and to families in Frederick, Carroll, Baltimore, Harford, Howard, Washington, Kent, Queen Anne's, Worcester, Wicomico and Anne Arundel Counties and Baltimore City.
6. I affirm that declaring any of my ministry-directed gatherings greater than ten (10) as a non-essential business is an egregious infringement on my civil right to call to assembly and to lead our congregation in public worship services as commanded in Scripture and guaranteed by the constitution of the United States of America.
7. I demand an end to the arbitrary and capricious judgment by the Governor of Maryland to grant a warrant of risk for deemed essential businesses, and at the same time denying the same warrant of risk to religious gatherings.
    a. I affirm that the Scripture declares that the spiritual needs of men to be as essential to physical needs when it declares that, "*Man shall not live by bread alone, but by every Word that proceeds from the mouth of God*" (Mat 4:4; Lk 4:4).
    b. I affirm that the Scripture describes the essential business of Christians to, "*be not drunk with wine wherein is excess, but to be filled with the Spirit, speaking to one another in psalms and hymns and spiritual songs, singing and making melody in your heart to the Lord*" (Eph 5:18-19).
    c. I affirm that the Scripture commands Christians to assemble on a regular basis, and on an increasing basis during times of cultural crisis. "*Let us hold fast the profession of [our] faith without wavering; (for he [is] faithful that promised;) And let us consider one another to provoke unto love and to good works: Not forsaking the assembling of ourselves together, as the manner of some [is]; but exhorting [one another]: and so much the more, as ye see the day approaching.*" (Heb 10:23-25)
8. After more than thirty (30) days of practicing social distancing during a declared crisis, I affirm that the essential religious services commanded by Scripture can no longer be ignored or set aside; and can be conducted safely in the parameters of our own church facilities using appropriate social distancing measures deemed to be adequate for all other essential businesses, without arbitrarily limiting our group or assembly size to ten.

I declare and affirm that the above statements are true.

*Gary L. Cox*
_____
Gary L. Cox, Pastor
WCF Church