IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | |
|---|---|
| ANTIETAM BATTLEFIELD KOA, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LAWRENCE J. HOGAN, in his official capacity as )<br>Governor of the State of Maryland, et al )<br>)<br>Defendants. )<br>) | Civil No. 1:20 cv 01130 CCB |

## DECLARATION OF DELEGATE WARREN MILLER

I hereby declare or affirm, under penalty of perjury, the following:

1. I am over the age of 21 years old, have personal knowledge of the facts and matters herein, and am competent to testify to the same.

2. As a state legislator I have been unconstitutionally restricted under the Governor's "prohibiting large gatherings" (March 17, 2020) and "stay-at-home" (March 30, 2020) Orders ("Orders") both of which threaten criminal prosecution with one year in jail and/or a $5000 fine for failure to obey, and neither provide an exception for members of the Maryland General Assembly.

3. I have the sovereign and independent right as a state legislator to move about freely and speak with my constituents, and to not be questioned for such travel and debate/speech (attachment 1: Md. Const. art. III, sec. 18; Decl. Rghts., arts. 7-13), but the Governor's Orders have chilled that speech by suggesting, through his office, news conferences, Executive Orders, delegated powers to health officials and local government, and by statements and actions of the Maryland State Police in arresting and/or charging others for violation of his Orders.

4. I and/or my agent(s) have reached out to the Governor for his written statement that his Executive Orders do not extend to members of the Maryland Legislature, to no avail.

5. The Governor's Orders have harmed my constitutional office in that I have been prevented from freely speaking and meeting with my constituents, from holding rallies and events, from leaving my home except for reasons the Governor has deemed "essential", and from ensuring as a lawmaker that the laws are not suspended.

6. I therefore request a Temporary Restraining Order and/or Injunctive relief prohibiting the Governor from enforcement of his "large gathering" and "stay-at-home" Orders as to myself.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON THIS 12TH DAY OF MAY, 2020.

_____
Warren Miller, State Delegate, District 9A of Md.