IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ANTIETAM BATTLEFIELD KOA, et al   :

        Plaintiffs   :
v.         Case No. 1:20-cv-01130-CCB
        :
LAWRENCE J. HOGAN, et al
        :
        Defendants
        :

**STIPULATION OF DISMISSAL
AS TO REVEREND GARY POMRENKE**

Pursuant to Fed. Rule Civ. Proc. 41(1) A (i) Rev. Gary Pomrenke files his Stipulation of Dismissal signed by all Parties.   All parties consent to this stipulation.


/s/  John R. Garza
John R. Garza Bar #01921
Counsel for Plaintiffs
17 W Jefferson Street, Ste 100
Rockville, MD 20850
301 340 8200
jgarza@garzanet.com

Counsel for Plaintiffs

/s/ Adam Snyder
Adam Snyder
Deputy Chief of Litigation
Civil Division, Office of Attorney General 200
St. Paul Place, 20th Flo
Baltimore, Maryland 21202

Counsel for Defendants