**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Antietam Battlefield KOA, *et al.* | * | |
| | * | Civil Action No. CCB-20-1130 |
| v. | * | |
| | * | |
| Lawrence J. Hogan, *et al.* | * | |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The plaintiffs' motion for temporary restraining order (ECF 2), treated as a motion for preliminary injunction, is DENIED;

2. Americans United for the Separation of Church and State's motion for leave to file an amicus curiae brief (ECF 24) is GRANTED;

3. Americans United's motion for leave to take part in oral argument (ECF 30) is DENIED AS MOOT; and

4. The Clerk shall SEND copies of this Order and the accompanying Memorandum to counsel of record.

5/20/20
Date

/S/
Catherine C. Blake
United States District Judge