# IN THE UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| ANTIETAM BATTLEFIELD KOA, et al., <br><br> Plaintiffs, <br> v. <br><br> LAWRENCE HOGAN, in his official capacity as Governor of Maryland, et al., <br><br> Defendants. | Civil Action No. 1:20-cv-01130 <br><br> Hon. Catherine Blake |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS'MOTION TO DISMISS**

COME NOW THE PLAINTIFFS, by their undersigned counsel, and request this honorable Court to extend the time to respond to Defendants' motion to dismiss and says in support thereof:

1. Plaintiffs reached out today to the Governor's counsel in this case, Adam Snyder, and all counsel of record, requesting consent to a motion to stay the instant matter pending appeal, including therewith the response due tonight to the Defendants' motion to dismiss. Defendants have not responded to Plaintiffs requests for consent as of 11 p.m. tonight.

2. An extension of time until Tuesday, May 26, 2020 will not cause any

prejudice or delay, since the matter has been appealed and because it is Memorial Day weekend, involving a four-day weekend including Monday.

3. Recent developments in similar cases around the nation, and in the urgent changing nature of the science and legal landscape, necessitate a detailed response which the short extension of time will permit the Plaintiffs to provide.

4. For instance, just tonight the Court of Appeals for the Fifth Circuit issued a unanimous opinion overturning the District Court of Mississippi and and granted an injunction against the Governor' Executive Orders.

5. The federal Court of Appeals for the Fifth Circuit granted emergency relief pending appeal to the First Pentecostal Church of Holly Hills, MS. Not long after federal District Judge Michael P. Mills issued a blistering and sarcastic opinion against the church, someone firebombed the church building and burned it to the ground early Wednesday morning this week. But just tonight, in a 3-0 opinion, the Court of Appeals granted the church's request for an emergency injunction pending appeal.

6. Additionally, the issues presented in the instant matter are such that the case is a novel one, not "seen for a hundred years" and is considered to be matters in "extraordinary times" (Memorandum, ECF 40, Blake, J.).

7. On each claim presented by Plaintiffs, the evidence has continued to

demonstrate significant support for the Plaintiffs' complaint.

8. Today, the President of the United States has now overruled the Governors of the States which have continued to lock-down or delegate powers to lock-down the churches and houses of worship in the states. Presidential Announcement, White House, May 22, 2020 (available at: https://www.facebook.com/watch/live/?v=303782800626282&ref=watch_permalink , accessed May 22, 2020). If they do not rescind their unconstitutional orders and delegation of powers to keep churches shut down or limited in attendance – under threat of criminal sanction, such as those congregations of Plaintiffs, the President will take action and overrule such Governors. *Id.*

9. Today, the nation's premier medical advisor Dr. Anthony Fauci directly supported injunctive relief in cases such as ours when he announced that the State's Stay-at-Home Orders are causing more harm than good, both medically speaking and financially (with the requisite medical and mental health problems accompanying those issues). "Stay-at-home orders intended to curb the spread of the coronavirus could end up causing **"irreparable damage",** White House health advisor Dr. Anthony Fauci said. CNBC interview 5/22/2020 (available at: https://www.cnbc.com/2020/05/22/dr-anthony-fauci-says-staying-closed-for-too-long-could-cause-irreparable-damage.html , accessed May 22, 2020).

10. All 50 states have now taken initial steps in reopening, but several, including Maryland, are lagging behind the leaders in protecting all citizens including the most vulnerable, and now the most likely to be vulnerable in the coming economic and health care debacle the state lock-downs are poised to cause. NY Times article (available at: https://www.nytimes.com/2020/05/20/us/coronavirus-reopening-50-states.html accessed 5/22/2020). It is important to note that the last state to reopen in any manner was Connecticut, and the photograph in this above-cited NY Times article shows it is already allowing restaurants to host out-door dining for patrons – something not permitted today under the Governor's overreaching orders, which are severely damaging the Maryland restaurant industry and outdoor opportunities such as Adventure Park USA, LLC.

11. Today, in Maryland, the Department of Labor released data showing that the unemployment is skyrocketing at near 10% with available known data, and equals **349,000 Marylanders** sitting at home without work, many still under Stay-At-Home orders delegated by the Governor to the County Executives. Bryan Renbaum, Maryland's Labor Report: 349,300 Jobs Lost In April; Maryland Reporter, 5/22/2020 ("It's a reflection of the incredibly serious consequence of closing down the most successful and profitable economy in our lifetime," Frederick County Chamber of Commerce President and CEO

Rick Weldon said.") (Available at:

https://marylandreporter.com/2020/05/22/marylands-labor-report-349300-jobs-lost-in-april/ , accessed 5/22/2020). In some states, particularly the locked-down states like Maryland of Michigan, Nevada, and Hawaii the unemployment rate has already exceeded 20%. (Available at: https://www.marketwatch.com/articles/coronavirus-news-updates-51590149870?fbclid=IwAR2bf_P7eEpTGVIuKQJg45Dso3Od-JZjbLu6d7I9eEEfGk_SwhvEKeRuQsM accessed 5/22/2020).

12. Additionally, the legal landscape has changed, with dozens of lawsuits all over the country being filed to rein in the overreach of many remaining lock-down Governor's orders, challenging them under state and federal constitutions, and statutory law. "Democratic governors hit with flurry of legal challenges to coronavirus lockdowns (Available at:

 https://www.politico.com/news/2020/05/17/democratic-governors-coronavirus-lockdown-legal-challenges-261428 accessed 5/22/2020).

13. The Department of Justice has this week announced potential investigations into the State of California for **unlawful discrimination against churches**. Assistant Attorney General Eric Drieband, who heads the DOJ's Civil Rights Division, wrote a letter of warning to Governor Newsom stating his restrictions showed discrimination against religious communities. The letter

also said the Governor had not given proper evidence for keeping California's churches shuttered.  "California has not shown why interaction in offices and studios of the entertainment industry, and in-person operations to facilitate nonessential ecommerce, are included on the list as being allowed with social distancing where telework is not practical, while gatherings with social distancing of religious worship are forbidden, regardless of whether remote worship is practical or not."  The letter also warned that under the U.S. Constitution and civil rights law, California must "mandate equal treatment of persons and activities of a secular and religious nature." (Available at: https://www.newsweek.com/doj-accuses-california-governor-newsom-discriminating-against-religion-tells-state-reopen-1505294   accessed 5/22/2020).

14. Secretary of Health and Human Services Alex Azar has now announced **it is a public health danger to continue the lock-down** in place like we have in Maryland.  He wrote just yesterday afternoon his Op-Ed in the Washington Post, *We Have to Reopen, For Our Health*, the following:

> "The covid-19 response has also restricted access to health care. Data suggests the numbers of Americans receiving important preventive services are down significantly, with mammograms down 87 percent and colonoscopies down 90 percent.  More than 1.7 million new cancer cases are diagnosed per year in the United States. If we're seeing an 80 percent drop in cancer cases identified, approximately, we could already have 200,000 or more undiagnosed cancer cases as a result.

> According to Medicare data, breast cancer surgeries are down approximately two-thirds since January. A Centers for Disease Control and Prevention report found that vaccine administrations were down approximately 60 percent from early January to mid-March; that puts millions of American infants and children at risk for serious illnesses. We have a strategy for how to move forward: A combination of surveillance, widespread and easily available testing, containment of isolated outbreaks, and rapid development of vaccines and therapeutics means we will continue making progress against the virus in the months to come. As we learn more about the virus, we are developing new ways to protect the vulnerable, including the elderly, and ensure Americans can seek needed health care. Your doctor, for instance, will have precautions in place to protect you if you have a young child who needs an in-person visit. Americans are rightly concerned about the risks of covid-19 — just as they're frustrated about their inability to return to normal life. It's because we care about Americans' health and well-being above all that we have to safely reopen our country. We cannot allow the virus to impose intolerable costs in terms of drug, suicide and alcohol deaths; forgone health care; and more lost jobs. Under the president's leadership, we can safely reopen our country, protecting every American's overall health and well-being today and in the years ahead.[1]

15. Recently, Dr. Scott W. Atlas has published several medical opinion articles, one in The Hill entitled "The Data Is In, Stop the Panic and End the Total Isolation Now." In that document he argues "**Fact 1:** The overwhelming majority of people do not have any significant risk of dying from COVID-19. The recent Stanford University antibody study now estimates that the fatality

---

[1] Available at: https://www.washingtonpost.com/opinions/reopening-isnt-a-question-of-health-vs-economy-when-a-bad-economy-kills-too/2020/05/21/c126deb6-9b7d-11ea-ad09-8da7ec214672_story.html accessed 5/22/2020).

rate if infected is likely 0.1 to 0.2 percent, a risk far lower than previous World Health Organization estimates that were 20 to 30 times higher and that motivated isolation policies." (Available at: https://thehill.com/opinion/healthcare/494034-the-data-are-in-stop-the-panic-and-end-the-total-isolation accessed 5/22/2020).

16. In order to properly respond to the Defendants' Motion to Dismiss, the Plaintiffs are compiling this rapidly-changing case law and factual environment of the novel constitutional and medical issues for the their response.

17. Accordingly, all these matters and more necessitate an extension of time for Plaintiffs to file their response on or before 11:59 p.m. Tuesday, May 26, 2020.

WHEREFORE, Plaintiffs respectfully request an extension of time to submit their response to Defendants' motion to dismiss until 11:59 p.m. Tuesday, May 26, 2020.

RESPECTFULLY SUBMITTED,

/s/_____
DANIEL L. COX
THE COX LAW CENTER, LLC
P.O. Box 545
Emmitsburg, MD 21727
Phone: 410-254-7000
E-mail: dcox@coxlawcenter.com
www.OldLineLawyers.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion for extension of time was served upon all counsel of record via ECF on May 22, 2020.

/s/_____
Daniel L. Cox