IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTIETAM BATTLEFIELD KOA, et al | : | |
| Plaintiffs | : | |
| v. | | Case No. 1:20-cv-01130-CCB |
| | : | |
| LAWRENCE J. HOGAN, et al | | |
| | : | |
| Defendants | | |
| | : | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO ADVENTURE PARK USA, LLC**

Pursuant to Fed. Rule Civ. Proc. 41(1) A (i) Adventure Park USA, LLC files its Stipulation of Dismissal without prejudice signed by all Parties. All parties consent to this stipulation.


/s/ John R. Garza
John R. Garza Bar #01921
Counsel for Plaintiffs
17 W Jefferson Street, Ste 100
Rockville, MD 20850
301 340 8200
jgarza@garzanet.com

Counsel for Plaintiffs

/s/ Adam Snyder
Adam Snyder
Deputy Chief of Litigation
Civil Division, Office of Attorney General 200
St. Paul Place, 20th Flo
Baltimore, Maryland 21202

Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal Without Prejudice of Adventure Park USA, LLC was served upon all counsel of record via ECF on July 1, 2020.

/s/_____
Daniel L. Cox