# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTIETAM BATTLEFIELD KOA, et al., | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:20-cv-01130-CCB |
| | * | |
| LAWRENCE HOGAN, et al., | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL

Under Local Rule 101.2, Sarah W. Rice moves to withdraw as counsel for Lawrence J. Hogan, Woodrow W. Jones, III, Robert J. Neall, and Frances B. Phillips. Adam D. Snyder, Justin E. Fine, and Kathleen A. Ellis remain as counsel for the defendants.

Respectfully submitted,

/s/ Sarah W. Rice

_____
SARAH W. RICE (NO. 29113)
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
srice@oag.state.md.us
(410) 576-7847
(410) 576-6955 (facsimile)

August 10, 2020        Attorneys for Defendant

Approved. 8/12/20
Catherine C. Blake
United States District Judge

2

## CERTIFICATE OF SERVICE

I certify that, on this 10th day of August, 2020 the foregoing was served by CM/ECF on all registered CMF users.

/s/ Sarah W. Rice
_____
Sarah W. Rice

2