sIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTIETAM BATTLEFIELD KOA, *et al.* * | |
| * | Civil Action No. CCB-20-1130 |
| v. * | |
| * | |
| LAWRENCE J. HOGAN, *et al.* * | |
| * | |
| * | |

**ORDER**

Upon consideration of the defendants' motion to dismiss (ECF 54), as well as all responses and replies thereto, it is hereby ORDERED that:

1. The defendants' motion to dismiss (ECF 26) the plaintiffs' original complaint is DENIED as moot;

2. The defendants' motion to dismiss (ECF 54) the plaintiffs' amended complaint is GRANTED;

3. The plaintiffs' amended complaint (ECF 50) is DISMISSED;

4. The Clerk shall SEND a copy of this Order and the accompanying Memorandum to counsel of record; and

5. The Clerk shall CLOSE this case.

  11/18/20      /S/  

Date

Catherine C. Blake
United States District Judge

1